IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 32.215.136.91

**ISP:** Frontier Communications
**Physical Location:** Wethersfield, CT

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/30/2016 08:02:41 | 7917BB4D29235155599A44B364FD41DDA09054C4 | Aurora Wants It All |
| 09/30/2016 08:02:41 | 7917BB4D29235155599A44B364FD41DDA09054C4 | Aurora Wants It All |
| 09/30/2016 08:02:41 | 7917BB4D29235155599A44B364FD41DDA09054C4 | Aurora Wants It All |
| 09/30/2016 08:02:41 | 7917BB4D29235155599A44B364FD41DDA09054C4 | Aurora Wants It All |
| 09/30/2016 08:01:13 | 7917BB4D29235155599A44B364FD41DDA09054C4 | The Call Girl |
| 09/30/2016 08:01:13 | 7917BB4D29235155599A44B364FD41DDA09054C4 | The Call Girl |
| 09/30/2016 08:01:13 | 7917BB4D29235155599A44B364FD41DDA09054C4 | The Call Girl |
| 09/30/2016 08:01:13 | 7917BB4D29235155599A44B364FD41DDA09054C4 | The Call Girl |
| 09/11/2016 11:30:53 | 1F6DE1FA3F2EE1D56C908C08643E46CD474C2128 | Love Is Sexy |
| 09/11/2016 11:17:50 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 09/04/2016 14:10:41 | 53D0F68EF15116A3DAC7038B6A441D064D576B03 | California Surf Fever |
| 06/23/2016 00:24:18 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 06/10/2016 10:55:43 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 06/01/2016 10:25:31 | AD478D7FB2ADE03C23216220C34BB862B84639BD | In the Garden of Ecstasy |
| 06/01/2016 10:25:10 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 05/17/2016 03:06:01 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 05/14/2016 12:32:44 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 05/14/2016 12:32:12 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 05/14/2016 12:18:07 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 05/14/2016 12:03:05 | 32E9D481931BFD849A8C139D8428C05B80402440 | Inside Caprice |
| 03/31/2016 10:57:12 | 29845BE64D918296DC82160A76CE0B64B88014D3 | Unbelievably Beautiful |
| 03/09/2016 12:33:54 | 10BE84D5CCE102DBA37E4BD7B1583137248BC0BA | Heart and Soul |

EXHIBIT A

CT32

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/17/2016 11:58:55 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 12/09/2015 12:23:36 | 3A40DA866D2AB28621EAD54B43B8A03E170FBF01 | Dressed to Thrill |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

CT32