UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>         Plaintiff,<br> v.<br><br>JOHN DOE, subscriber assigned IP address 32.215.136.91,<br><br>         Defendant. | Civil Action No. 3:17-cv-00250-SRU |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

 Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

 1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

 2. On March 16, 2017, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Frontier Communications, to obtain the Defendant's identifying information [CM/ECF 11]. Plaintiff issued the subpoena on or about March 16, 2017 and received the ISP's response on or about April 11, 2017.

 3. Plaintiff is currently conducting an investigation on Defendant, reviewing its evidence, and seeking any exculpatory evidence Defendant may have. Indeed, on May 5, 2017, Plaintiff sent Defendant a letter seeking such evidence. Defendant has not yet responded.

1

Accordingly, Plaintiff has not yet amended its Complaint or served Defendant. Further investigation is needed to determine if Plaintiff will amend to name a third party (non-subscriber).

4. Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on the Defendant no later than May 17, 2017.

5. Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended at least fifty (50) days, or until July 6, 2017. This extension will allow Plaintiff sufficient time to examine any evidence the subscriber may provide, make the determination whether Plaintiff will amend the Complaint to name the subscriber, or alternatively, amend the Complaint to name a non-subscriber, and to effectuate service on the named defendant.

6. This motion is made in good faith and not for the purpose of undue delay.

7. None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until July 6, 2017. A proposed order is attached for the Court's convenience.

Dated:  May 16, 2017                     Respectfully submitted,

                                         By: /s/ *Jacqueline M. James*
                                             Jacqueline M. James, Esq. (CT29991)
                                             The James Law Firm, PLLC
                                             445 Hamilton Avenue
                                             Suite 1102
                                             White Plains, New York 10601
                                             T: 914-358-6423
                                             F: 914-358-6424
                                             E-mail: jjameslaw@optonline.net
                                             *Attorneys for Plaintiff*