UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> [REDACTED], <br><br> Defendant. | Civil Action No. 3:17-cv-00250-SRU |

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, [REDACTED] ("Defendant") through his counsel, Jeffrey Antonelli. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: January 12, 2018          Respectfully Submitted,

By:   /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (30364)
664 Chestnut Ridge Road
Spring Valley, New York 10977-6201
T: 845-352-0206
F: 845-352-0481
E-mail: kconway@ktclaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 12, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: _/s/ Kevin T. Conway, Esq._
                Kevin T. Conway, Esq.